1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| CATHERINE SANCHEZ, | ) Case No. CV 13-6168 JCG |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

19     IT IS ADJUDGED that the decision of the Commissioner of the Social

20 Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

21 sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

22 with the Court's Memorandum Opinion and Order filed contemporaneously with the

23 filing of this Judgment.

24

25 Dated: April 11, 2014

26 _____

27                     Hon. Jay C. Gandhi
                 United States Magistrate Judge
28